FLORENCE C. JOHNSON, *v.* WYETH PENNINGTON
JOHNSON

[No. 72, October Term, 1937.]

*Decided January 12th, 1938.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Milton Leven,* for the appellant.

*Henry L. D. Stanford, Jr.,* with whom were *Samuel Campanaro* and *George W. Cameron* on the brief, for the appellee.

SHEHAN, J., delivered the opinion of the Court.